IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WEST AMERICAN INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**KAMADULSKI EXCAVATING & GRADING COMPANY, INC.,** an Illinois corporation, **ALTON COMMUNITY UNIT SCHOOL DISTRICT NO. 11,** an Illinois municipal corporation, **S.M. WILSON & COMPANY,** a Kansas corporation, **HARRY HAZELTON,** and **RANDALL HOLYFIELD,**

**Defendants.**                                            No. 05-CV-206-DRH

## ORDER

**HERNDON, District Judge:**

The Court, being fully advised in the premises, **GRANTS** Defendant Alton Community School District No. 11's Motion to Set Aside Default (Doc. 28) and **DIRECTS** the Clerk to set aside the entry of default against Defendant Alton Community School District No. 11 (Doc. 26).

**IT IS SO ORDERED.**

Signed this 29th day of September, 2005.

/s/            David RHerndon
**United States District Judge**