IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WEST AMERICAN INSURANCE COMPANY,**

**Plaintiff,**

**v.**

**KAMADULSKI EXCAVATING & GRADING COMPANY, INC., an Illinois corporation, ALTON COMMUNITY UNIT SCHOOL DISTRICT NO. 11, an Illinois municipal corporation, S.M. WILSON & COMPANY, a Kansas corporation, HARRY HAZELTON, and RANDALL HOLYFIELD,**

**Defendants.**                                              No. 05-CV-206-DRH

<u>**ORDER OF DISMISSAL**</u>

**HERNDON, District Judge:**

      The Stipulation for Dismissal having been executed by counsel for all parties and filed with this Court (Doc. 55), **IT IS ORDERED** that this action is hereby dismissed with prejudice.  Each party to bear its own costs.  Clerk to enter judgment accordingly.

      **IT IS SO ORDERED.**

      Signed this 6th day of September, 2006.

/s/      David   RHerndon
**United States District Judge**