IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WEST AMERICAN INSURANCE COMPANY,**

    **Plaintiff,**

    vs.                            Cause No. 05-CV-206 DRH

**KAMADULSKI EXCAVATING & GRADING COMPANY, INC., et al.,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

September 7, 2006                            By:  s/Patricia Brown
                                                                  Deputy Clerk

      /s/   David   RHerndon
      **U.S. DISTRICT JUDGE**